**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

South Carolina Department of Social Services,
Respondent,

v.

Mattie Walls, Carley Jason Walls, Dwayne Anderson and Barbara Anderson, Defendants,

Of whom Carley Jason Walls is the Petitioner.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000426

———

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———

Appeal From Laurens County
The Honorable Joseph C. Smithdeal, Family Court Judge

———

Memorandum Opinion No. 2017-MO-018
Heard October 18, 2017 – Filed October 25, 2017

———

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———

Melinda Inman Butler, of The Butler Law Firm, LLC., of Union, for Petitioner.

Scarlet Bell Moore, of Greenville, for Respondent.

**PER CURIAM:**  We granted Carley Jason Walls' petition for a writ of certiorari to review the court of appeals' decision in *South Carolina Department of Social Services v. Mattie Walls*, No. 2016-UP-482 (S.C. Ct. App. Nov. 16, 2016).  We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Although we dismiss certiorari as improvidently granted, we note that we have reviewed the record *de novo* and find the grounds for terminating Petitioner's parental rights are supported by clear and convincing evidence.